# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00232-CV

**In re Charlie West**

### ORIGINAL PROCEEDING FROM LAMPASAS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.  See Tex. R. App. P. 52.8(a).

_____

Diane Henson, Justice

Before Justices Patterson, Puryear and Henson

Filed:   May 14, 2008